**James Ray Streinz,** OSB No. 794107
   Direct Dial: (503) 412-3512
   Facsimile: (503) 243-2687
   E-mail: rays@mcewengisvold.com
**McEWEN GISVOLD LLP**
1600 Standard Plaza
1100 SW Sixth Avenue
Portland, Oregon 97204

Attorneys for Creditor Mountain View Golf Course

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | Bankruptcy Case No. 14-34993-tmb13 |
| MARLEEN LUCILLE PEACOCK, | MOTION TO ALLOW LATE FILED OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN |
| Debtor. | |

     Mountain View Golf Course, LLC ("Mountain View"), a creditor holding an unsecured claim against the Debtor, files the Motion to treat its objection to the Debtor's Chapter 13 Plan dated September 12, 2014 as timely. As set forth in the attached Declaration by James Ray Streinz, counsel for Mountain View, he had been waiting to prepare and file the Objection because he expected Debtor to file an Amended Plan and new schedules following the Trustee's Objection. On the day the Objection was due he was ill, and there was no one else in this office with the background in the case and experience to prepare the Objection. The Objection was prepared and filed as soon as Mr. Streinz was recovered, and is only three days late. The issues raised in the Objection

Page 1 of 3 – MOTION TO ALLOW LATE FILED OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

MCEWEN GISVOLD LLP
Attorneys at Law
1100 SW Sixth Avenue, Suite 1600
Portland, Oregon 97204
Telephone (503) 226-7321
**Facsimile (503) 243-2687**

Case 14-34993-rld13   Doc 18   Filed 10/17/14

are important as it appears that Debtor is not eligible for Chapter 13 relief, and has misrepresented her income and funds in the bank.

>
> Respectfully submitted
>
> McEWEN GISVOLD LLP
>
> By: */s/ James Ray Streinz*
> James Ray Streinz, OSB No. 794107
> Telephone: (503) 226-7321
> E-mail: rays@mcewengisvold.com
> Attorneys for Mountain View Golf Course, LLC

Page 2 of 3 – MOTION TO ALLOW LATE FILED OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

MCEWEN GISVOLD LLP
Attorneys at Law
1100 SW Sixth Avenue, Suite 1600
Portland, Oregon 97204
Telephone (503) 226-7321
**Facsimile (503) 243-2687**

Case 14-34993-rld13    Doc 18    Filed 10/17/14

**James Ray Streinz,** OSB No. 794107
   Direct Dial: (503) 412-3512
   Facsimile: (503) 243-2687
   E-mail: rays@mcewengisvold.com
**McEWEN GISVOLD LLP**
1600 Standard Plaza
1100 SW Sixth Avenue
Portland, Oregon 97204

Attorneys for Creditor Mountain View Golf Course

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Bankruptcy Case No. 14-34993-tmb13 |
|---|---|
| MARLEEN LUCILLE PEACOCK, | DECLARATION OF JAMES RAY STREINZ |
| Debtor. | |

I, James Ray Streinz, do hereby declare:

1. I am the attorney for Mountain View Golf Course, LLC ("Mountain View"), a creditor holding an unsecured claim against the Debtor in the above case. I am the only attorney in the office who has worked with Mountain View on this matter, and I am the only attorney with experience in filing objections to Chapter 13 plans. I file this Declaration in support of Mountain View's Motion to Allow Late Filed Objection to Confirmation of Chapter 13 Plan.

2 After the first meeting of creditors and reviewing the Chapter 13 Trustee's objections to the Plan, I assumed that the Debtor's counsel would file an Amended Plan to address those objections, and would also file Amended Schedules to address questions

Page 3 of 3 – MOTION TO ALLOW LATE FILED OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

MCEWEN GISVOLD LLP
Attorneys at Law
1100 SW Sixth Avenue, Suite 1600
Portland, Oregon 97204
Telephone (503) 226-7321
**Facsimile (503) 243-2687**

Case 14-34993-rld13    Doc 18    Filed 10/17/14

from the Trustee and me. Because those amendments might obviate some of my objections I waited to prepare the objection.

3. Over the weekend of October 11 and 12, 2014, I became very ill with a case of food poisoning. At the same time I developed a serious cold. I was unable to get healthy enough to get back to work until October 16, 2014. I immediately set about preparing the objection to debtor's plan. My client had supplied me with updated numbers for its debt, and these numbers raised an issue of debtor's eligibility for Chapter 13. However, I needed to do further research before determining whether I was correct and how it should be raised. I finished the Objection as quickly as possible

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th day of October, 2011.

 */s/ James Ray Streinz*  
 James Ray Streinz

Page 4 of 3 – MOTION TO ALLOW LATE FILED OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

MCEWEN GISVOLD LLP
Attorneys at Law
1100 SW Sixth Avenue, Suite 1600
Portland, Oregon 97204
Telephone (503) 226-7321
**Facsimile (503) 243-2687**

Case 14-34993-rld13    Doc 18    Filed 10/17/14

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2014, I caused a copy of the MOTION TO ALLOW LATE FILED OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN and DECLARATION OF JAMES RAY STREINZ to be served on each of the parties listed on ECF, and I served the Objection on the Debtor, the Chapter 13 Trustee and the US Trustee by placing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to the listed address of each, and depositing the same into the United States mail at Portland, Oregon:

Marleen Lucille Peacock
2195 SE Douglas Place
Gresham, OR 97080

Wayne Godare
222 SW Columbia St #1700
Portland, OR 97201

US Trustee, Portland
620 SW Main St #213
Portland, OR 97205

                                                McEWEN GISVOLD LLP

                                                By: /s/ James Ray Streinz
                                                     James Ray Streinz, OSB No. 794107
                                                Attorneys for Mountain View Golf Course, LLC

Page 5 of 3 – MOTION TO ALLOW LATE FILED OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

MCEWEN GISVOLD LLP
Attorneys at Law
1100 SW Sixth Avenue, Suite 1600
Portland, Oregon 97204
Telephone (503) 226-7321
Facsimile (503) 243-2687

Case 14-34993-rld13    Doc 18    Filed 10/17/14