**David T. Johnson,** OSB No. 123553
Olsen Daines, P.C.
PO Box 12829
Salem, OR 97309
(503) 362-9393
djohnson@olsendaines.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | ) Case No.:  14-34993-tmb13 |
| | ) |
| MARLEEN LUCILLE PEACOCK, | ) DEBTOR'S WITNESS LIST FOR |
| | ) CONFIRMATION HEARING |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

     Debtor, Marleen Peacock, files this Witness list for the confirmation hearing to be held on March 5th 2015 at 2:30 pm.

     **Marleen Peacock –** Ms. Peacock will testify that she and her late husband operated a restaurant at Mountain View Golf Club Inc..  She will testify that She and her late husband previously filed a chapter 13 case through which Mount View Golf Club, Inc. ("Mt. View" herein) received substantial payments.  Ms. Peacock will testify that the restaurant was in a dilapidated state when she took over operations and the many of the supposed repairs charged to her are in fact new equipment and upgrades made for Mt. View's benefit.  She will further testify

WITNESS LIST - 1

**OlsenDaines, P.C.**
**PO Box 12829**
**Salem, OR 97309**
**Telephone (503) 274-4252**
**djohnson@olsendaines.com**

that Mt. View near shut the doors on the restaurant, and the restaurant continued to operate without interruption after Ms. Peacock abandoned the premises.

Respectfully Submitted: /s/David T. Johnson
David T. Johnson, OSB #123553
*Attorney for Debtor*

WITNESS LIST - 2

OlsenDaines, P.C.
PO Box 12829
Salem, OR 97309
Telephone (503) 274-4252
djohnson@olsendaines.com