**David T. Johnson,** OSB No. 123553
Olsen Daines, P.C.
PO Box 12829
Salem, OR 97309
(503) 362-9393
djohnson@olsendaines.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>MARLEEN LUCILLE PEACOCK,<br><br>           Debtor. | Case No.: 14-34993-tmb13<br><br>DEBTOR'S EXHIBIT LIST FOR CONFIRMATION HEARING |

     Debtor, Marleen Peacock, files this Exhibit list for the confirmation hearing to be held on March 5th 2015 at 2:30 pm.

     Exhibit A:    Payment summary for Debtor's prior Chapter 13

     Exhibit B:    Invoice from Goodman Sanitation

     Exhibit C:    Lease addendum

     Exhibit D:    Items listed for repair as of June 1, 2008

///

///

///

EXHIBIT LIST - 1

**OlsenDaines, P.C.**
**PO Box 12829**
**Salem, OR 97309**
**Telephone (503) 274-4252**
**djohnson@olsendaines.com**

Case 14-34993-dwh13   Doc 29   Filed 02/26/15

Exhibit E:    Corrected spreadsheet accounting for payments

                                          Respectfully Submitted: /s/David T. Johnson
                                                             David T. Johnson, OSB #123553
                                                             *Attorney for Debtor*

EXHIBIT LIST - 2

**OlsenDaines, P.C.**
**PO Box 12829**
**Salem, OR 97309**
**Telephone (503) 274-4252**
**djohnson@olsendaines.com**