| | | | |
|---|---|---|---|
| 3/5/2015 | | THURSDAY | Judge Trish M Brown |
| 02:30 PM<br>CR 4 | ■ 14-34993 tmb 13 | Marleen Lucille Peacock | |

**Adjourned/Evidentiary Confirmation Hearing**

Marleen Lucille Peacock - db    REX K DAINES
Jpmorgan Chase Bank, National As    ANGELA M MICHAEL
Mountain View Golf Course, LLC    JAMES RAY STREINZ
Wayne Godare - tr

**Evidentiary Hearing:**    Yes: ☐    No: ☐

Creditor's Exhibits 100 - 145 admitted
Debtor's Exhibits A - E admitted

— Under advisement
—

Claim objection is on hold until
the ruling on the confirmation.

Order to be prepared by:    ☐ clerk's office    ☐ chambers    ☐ _____

DOCKET ENTRY:

In Re: ) Case # 14-34993-tmb13

Marleen L. Peacock )
)
)
)
Debtor )

# List of Persons Attending

Date of Hearing 3/5/15

PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT

James Ray Streinz — Mt. View Golf Club LLC
David Jarrett — Mt. View Golf Club LLC
David Johnson — Marleen Peacock
Rex Daines — Marleen Peacock