

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

TRISH M. BROWN
BANKRUPTCY JUDGE

1001 S.W. FIFTH AVENUE, # 700
PORTLAND, OREGON 97204
(503) 326-1592

STEPHEN A. RAHER
LAW CLERK

SUZANNE M. MARX
JUDICIAL ASSISTANT

April 15, 2015

**VIA ECF ONLY**

David Thomas Johnson
Olsen Daines, P.C.
P.O. Box 12829
Salem, OR 97309

James Ray Streinz
McEwen Gisvold LLP
1100 SW Sixth Ave.
Portland, OR 97204

Re: *In re Marleen Lucille Peacock*, Case No. 14-34993-tmb13

Dear Counsel:

On March 5, 2015, the court held an evidentiary hearing on Mountain View Golf Course LLC's objection to confirmation of a chapter 13 plan in the above-referenced case. As the parties are aware, Mountain View's objection concerns Ms. Peacock's eligibility under section 109(e) of the bankruptcy code.

At the conclusion of the hearing, the court took the matter under advisement. On March 23, 2015, Ms. Peacock filed an objection to the proof of claim filed by Providence Health & Services. Providence has until May 6, 2015, to request a hearing on the claim objection.

Reduction or elimination of Providence's claim could be dispositive as to Ms. Peacock's eligibility under section 109(e). Accordingly, I am writing to inform the parties that I will defer ruling on Mountain View's confirmation objection until the Providence claim objection is resolved.

Very truly yours,

Trish M. Brown

cc: Wayne Godare