

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

**TRISH M. BROWN**
BANKRUPTCY JUDGE

1001 S.W. FIFTH AVENUE, # 700
PORTLAND, OREGON 97204
(503) 326-1592

STEPHEN A. RAHER
LAW CLERK

SUZANNE M. MARX
JUDICIAL ASSISTANT

May 5, 2015

David T. Johnson
Olsen Daines, P.C.
P. O. Box 12829
Salem, OR 97309

Wayne Godare
222 SW Columbia Street, #1700
Portland, OR 97201

James Ray Streinz
McEwen Gisvold LLP
1100 SW Sixth Ave.
Portland, OR 97204

Re: *In re Marleen Lucille Peacock*, Case No. 14-34993-tmb13

Gentlemen:

This letter constitutes my ruling on Mountain View Golf Course LLC's Objection to Confirmation of Chapter 13 plan in the above-referenced case. Mountain View's objection concerned Ms. Peacock's eligibility under section 109(e) of the Bankruptcy Code.

The debtor maintained that she owed Providence Health & Services significantly less than the proof of claim amount of $159,686.15. Pursuant to a stipulated order entered today, the Providence claim has been reduced to $18,761.22. Based on the claims analysis entered at trial as Exhibit 100, adjusted to reflect the stipulated amount for the Providence claim, I find the debtor is eligible under 11 U.S.C. § 109(e) to be a chapter 13 debtor. An order confirming the debtor's chapter 13 plan should be submitted within ten days.

Very truly yours,

Trish M. Brown