UNITED STATES BANKRUPTCY COURT
District of Oregon

In re
**Marleen Lucille Peacock**

Debtor(s)

**Specialized Loan Servicing LLC**
Moving Party

**Marleen Lucille Peacock**

Responding Party

Case No. **14-34993-rld13**

RECORD OF PROCEEDING

Judge: **Frank R Alley III**

Docket # of Motion 54

DATE OF HEARING: **12/13/2016**

✓ **MIKE SCOTT** ___ no appearance      ✓ Troy Sexton ~~NICHOLAS J HENDERSON~~ ___ no appearance
Attorney for Moving Party                Attorney for Responding Party

___ Attorney represents agreement by opposing attorney.
___ Oral stipulation approved.   ___ Written stipulation (to be) filed.
___ Order based on oral stipulation to be lodged.
✓ Hearing is continued to **1/3/17** at **1:30 pm** in _____ or ✓ telephone hearing for:

  ✓ Continued preliminary hearing ___ final hearing ___ stay remains in effect.
  ___ Date and time set, or to be set, for hearing on confirmation of Chapter 13 plan.
  ___ The Court finds that delay of over 30 days is necessary to accommodate current schedule.
  ___ Movant waives 30 day rule.
  ✓ Noticed in Court. ___ Send notice
___ Off calendar; may be reset at request of either party/Movant only(30 day rule waived).

___ The Motion is denied.
___ The Motion is granted, and ___ Stay terminates forthwith/on _____.

  ___ No foreclosure sale before _____.
___ Movant may submit an order regarding termination of stay/on _____ days written notice of default to debtor and debtor's counsel in the event that:
  ___ All (post-petition) arrears in payments due to the Movant/Trustee/both are not brought current within _____ days of the date of this hearing.
  ___ Debtor fails to pay, when due, payments to the Movant/Trustee/either.
  ___ Debtor fails to maintain insurance on the collateral as required by the security agreement.
  ___ Debtor fails to file modified plan of reorganization within _____ days of the date of this hearing.
  ___ Debtor's Plan/modified plan of reorganization is denied confirmation.
  ___ OTHER: _____

___ Parties agree to extend 60 day time period of 11 U.S.C. §362(e)(2)(B) ___ Yes ___ No.
  If NO, findings:

✓ OTHER: Working on stipulated order.

ISSUES TO BE TRIED

___ Is Cure Proposal Realistic?   ___ Amount of arrears   ___ Valuation   ___ Adequate Protection
___ Other(specify) _____

Case 14-34993-rld13   Doc 63   Filed 12/13/16